

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Miss Hazel H. Beckham
Executive Secretary-Director
State Commission for the Blind
Austin, Texas

Dear Madam:

Opinion No. O-4059
Re: Appropriation for "stand equip-
ment" as available for purchase
of stock of goods.

You have asked the opinion of this department upon
the question whether item 31 of the appropriation made to the
State Commission for the Blind in the current departmental
appropriation bill is available for expenditure by the Commis-
sion in the purchase of stock to completely equip vending
stands.

Under the heading Maintenance and Miscellaneous,
the Legislature has provided for the Commission the following
items of appropriation:

| | | |
|---|---|---:|
| "23. | Traveling expenses | $14,700.00 |
| "24. | Books, stationery, and printing | 600.00 |
| "25. | Postage | 800.00 |
| "26. | Telephone, telegraph and messenger service | 400.00 |
| "27. | Freight, express, and drayage | 300.00 |
| "28. | Furniture and fixtures | 600.00 |
| "29. | Emergency fund for eye medical treatment, hospi-talization, glasses, etc. | 2,000.00 |

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"30.  Revolving fund for
      raw materials to be
      used by workers in
      home industries for
      educational and re-
      habilitation purposes        $ 5,000.00

"31.  Stand equipment, machinery,
      and tools for rehabilita-
      tion and educational
      training purposes           5,000.00

"32.  Contingent fund               250.00"

Webster and other lexicographers define the word "equip" as meaning:

"To furnish for service, or against a need or exigency; to fit out; to supply with whatever is necessary to efficient action in any way; to provide with arms or an armament, stores, munitions, rigging and the like; --said especially of ships or of troops."

While we have entertained some doubt as to whether the term "equipment" will embrace a stock of merchandise in a store, a diligent search of the authorities has failed to reveal any case wherein this issue has been raised and decided. Such decisions as we have found are of no help in deciding the issue, since they have all had the question arise under such circumstances as that the meaning of the word was determined by reference to the context of the contract or statute involved and in accordance with the intent of the Legislature or of the parties as determined therefrom.

If to "equip" may mean to supply with "whatever is necessary to efficient action in any way", and "equipment" embraces the articles thus supplied, then it would seem that the word "equipment" as used in the appropriation bill is broad enough to include a stock of merchandise, which is certainly necessary to the operation of the enterprise described, to wit, a vending stand. To give the word this broad meaning, which, according to the lexicographers, it may bear, would seem to carry out the beneficent purpose for which the Commission of the Blind was created--to wit, the economic rehabilitation of the blind. It is significant that this is the only

item of appropriation provided by the Legislature which could be intended to supply funds for the purchase of a stock of merchandise for vending stands established by the Commission; that if the item under consideration be not available for purchasing a stock of merchandise to completely equip vending stands established by the Commission, the result would be that funds will have been provided by the Legislature to outfit the vending stands with all fixtures, supplies, and so forth necessary to the conduct of this portion of the educational program maintained by the Commission, except that indispensable requisites to the successful establishment and operation of a vending stand, to wit, a stock of merchandise to be sold.

Impelled by these reasons, therefore, we hold that the item of appropriation discussed is available for expenditure to purchase stocks of merchandise for vending stands established by and operated under the supervision of the Commission.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED NOV 14, 19__

_____ANT
_____ GENERAL

By

R. W. Fairchild
Assistant

RWF:mp

